IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM DAVIDSON, 382407, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:11-cv-1069-TMH |
| ) | WO |
| NEW YORK CITY DEPARTMENT OF ) | |
| CORRECTIONS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #4) to the Recommendation of the Magistrate Judge filed on February 9, 2012 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #3) filed on January 25, 2012 is adopted;

3. That this case is TRANSFERRED to the United States District Court for the Southern District of New York pursuant to the provisions of 28 U.S.C. § 1404.

DONE this the 28th day of February, 2012.

                                                /s/ Truman M. Hobbs
                                       SENIOR UNITED STATES DISTRICT JUDGE